# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM ENGLAND, | ) | 3:14-cv-00189-MMD-WGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ISIDRO BACA, et al., | ) | |
| Defendants. | ) | |

Before the court is Plaintiff's Motion for Extension of Time. (Doc. # 9.)[1] Plaintiff seeks to extend the stay imposed by the court (Doc. # 3) to allow the parties to undertake further settlement discussions. Plaintiff states that the additional stay would be appropriate because he believes "that both sides can come to a possible settlement without any money damages." (Doc. # 9 at 2.)[2]

Subsequent to the expiration of the initial 90 day stay, the Defendants provided the court a status report on the 90 day stay advising that negotiations were unsuccessful. (Doc. # 7 at 3.) As a result, the court entered its order granting Plaintiff's motion to proceed in forma pauperis and setting in motion other procedural aspects of the case. (Doc. #8, 8/8/2014.)

Good cause exists to grant Plaintiff's motion to extend the 90 day stay. Plaintiff's motion is **GRANTED** *nunc pro tunc* to August 7, 2014. The court's Order of August 8, 2014 (Doc. # 8) is **VACATED** and the procedures, time tables and other requirements set forth therein are similarly **VACATED**. Plaintiff is no longer responsible for the $350.00 filing fee imposed in Doc. # 8.

The parties shall resume their informal settlement discussions. Not later than 90 days from August 7, 2014 (i.e., November 5, 2014), the Attorney General shall file a supplemental status report

---

[1] Refers to court's docket number.

[2] Plaintiff's motion is dated August 18, 2014, but was not filed until August 28, 2014.

1  regarding results of the second 90 day stay.

2      The Clerk of the Court shall also **SEND** a copy of this order to the attention of the Chief of

3  Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV.

4  IT IS SO ORDERED.

5  DATED: August 27, 2014.

                                                _____
                                                WILLIAM G. COBB
                                                UNITED STATES MAGISTRATE JUDGE